

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2017

No. 04-17-00410-CV

Henry **MCCALL**,
Appellant

v.

Homer **HILLIS**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14417
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Because the appellate record has not been filed in this Court as of yet, appellant's brief is not yet due. *See* TEX. R. APP. P. 38.6(a). Nevertheless, Appellant filed a pro se brief on July 10, 2017. Appellant's brief, however, violates Texas Rule of Appellate Procedure 38 in that it does not include record references. The reason appellant's brief does not include references to the appellate record is because the appellate record has not as yet been filed in this Court. Therefore, we STRIKE appellant's brief. Appellant may file his brief after the appellate record has been filed.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk